FORM L51 Final Decree (v.7.06)

05-21346 – D – 7



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

(916) 930-4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**3/27/07**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jlas

## FINAL DECREE

**Case Number:**    05-21346 – D – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Matthew E. Swanson
xxx-xx-4156

839 W LINCOLN AVE #718
WOODLAND, CA 95695-6878

Stephanie Swanson
xxx-xx-3400

839 W LINCOLN AVE #718
WOODLAND, CA 95695-6878

**Trustee:**

Hank Spacone
PO Box 255808
Sacramento, CA 95865-5808

**Telephone Number:**    (916) 485-5530

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
3/27/07

For the Court,
Richard G. Heltzel , Clerk



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0972-2        User: jlas            Page 1 of 1         Date Rcvd: Mar 27, 2007
Case: 05-21346              Form ID: L51          Total Served: 2


The following entities were served by first class mail on Mar 29, 2007.
tr          Hank Spacone,   PO Box 255808,   Sacramento, CA   95865-5808
tr          Lawrence J. Loheit,   PO Box 1858,   Sacramento, CA   95812-1858

The following entities were served by electronic transmission.
NONE.                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*         Lawrence J. Loheit,   PO Box 1858,   Sacramento, CA   95812-1858
                                                                       TOTALS: 0, * 1
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 29, 2007**         Signature: _Joseph Speetjens_